```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA


KIMBERLY BROWN,                )
        Plaintiff,             )
                               )
     v.                        ) Civil Action No. 07-859
                               )
J. KAZ, INC., ET AL.,          )
        Defendants.            )
```

## ORDER

AND NOW, this 6th day of October, 2009, IT IS HEREBY ORDERED that a status conference in the instant case will be held before the undersigned on <u>November 6, 2009 at 9:30 a.m.</u> in Suite 3250, 3rd floor, U.S. Courthouse.  All counsel shall bring their calendars to the conference for scheduling purposes.  The parties should be prepared to discuss settlement.

                              BY THE COURT:


                              <u>s/Gary L. Lancaster</u>
                              Gary L. Lancaster,
                              Chief United States District Judge

cc:   all parties of record