## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY BROWN, | : | |
| | : | |
| Plaintiff, | : | CIVIL DIVISION |
| | : | |
| v. | : | NO. 07-0859 |
| J. KAZ, INC. t/d/b/a CRAFTMATIC and | : | |
| CRAFTMATIC OF PITTSBURGH, | : | |
| | : | |
| Defendant. | : | |

### WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw my appearance on behalf of the Plaintiff in connection with the above-captioned matter.

TIMOTHY M. KOLMAN AND ASSOCIATES

/s/ Rufus A. Jennings, Esquire
Rufus A. Jennings, Esquire

December 17, 2009

SO ORDERED, this 17th day of December, 2009.

Gary L. Lancaster, Chief U.S. District Judge