```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

KIMBERLY BROWN,                 )
        Plaintiff,              )
                                )
        v.                      )  Civil Action No. 07-859
                                )
J. KAZ, INC., ETC., ET AL.,     )
        Defendants.             )

### ORDER

AND NOW, this 18th day of May, 2010, IT IS HEREBY ORDERED that the Pretrial Conference in the instant case will be held on Monday, November 15, 2010 at 9:30 a.m..

IT IS FURTHER ORDERED that Jury Selection and Trial will begin before the undersigned on Monday, December 6, 2010 at 9:30 a.m. in Courtroom No. 3A, 3rd floor, U.S. Courthouse, 7th Avenue and Grant Street, Pittsburgh, Pennsylvania.

                              BY THE COURT:


                              s/Gary L. Lancaster      , C.J.
                              The Honorable Gary L. Lancaster,
                              Chief United States District Judge


cc:   All Counsel of Record