## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIMBERLY BROWN

        Plaintiff,

  v.

J. KAZ, INC., *et al.*

        Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

No. 07-0859

Honorable Gary L. Lancaster, J.

### STIPULATION AND ORDER OF DISMISSAL

    IT IS HEREBY STIPULATED by the Plaintiff and the Defendants, by and through their

undersigned counsel, that the above entitled action shall be dismissed with prejudice and without

costs or attorneys' fees to either party, and the following Order of Dismissal was hereby

approved.

**KOLMAN ELY, P.C.**

Timothy M. Kolman, Esquire
Adam C. Lease, Esquire
414 Hulmeville Avenue
Penndel, PA 19047

**SOMMER LAW GROUP, P.C.**

Brad Sommer, Esquire
6 Market Square
Pittsburgh, PA 15222

### ORDER OF DISMISSAL

    Pursuant to the foregoing Stipulation for Dismissal, IT IS HEREBY ORDERED that

above entitled case is dismissed with prejudice and without costs or attorneys' fees to either party.

BY THE COURT:

Hon. Gary L. Lancaster           J.

DATED: 2-18-11